FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00187-CV

### Trial Court No. 296-54330-2013

**Kazim Oladotun Oyenuga**

**Vs.**

**Adedoyin Anne Oyenuga**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $10.00 | Niles Illich |
| Motion fee | $10.00 | Niles Illich |
| Motion fee | $10.00 | Niles Illich |
| Motion fee | $10.00 | Niles Illich |
| Reporter's record | $556.00 | Niles Illich and Kazim Oyenuga |
| Clerk's record | $189.00 | Niles Illich |
| Indigent | $25.00 | Niles Illich |
| Supreme Court chapter 51 fee | $50.00 | Niles Illich |
| Filing | $100.00 | Niles Illich |
| Required Texas.gov efiling fee | $20.00 | Niles Illich |
| **TOTAL:** | $980.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 13th day of August 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk